UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HERMAN BUSTAMANTE** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO: |
| | * | |
| **HAPAG-LLOYD (AMERICA) INC.,** | * | SECTION |
| **LIVORNO EXPRESS, XYZ** | * | |
| **INSURANCE COMPANY AND** | * | JUDGE |
| **EFG INSURANCE COMPANY** | * | |
| | * | MAG. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Hapag-Lloyd (America) Inc., the only defendant in the action entitled "*Herman Bustamante vs. Hapag- Lloyd (America) Inc., Livorno Express, XYZ Insurance Company and EFG Insurance Company,*" bearing Civil Action No. 10-2537, Division B-15, in the Civil District Court for the Parish of Orleans, State of Louisiana, to notice removal of that Louisiana State Court action to the United States District Court for the Eastern District of Louisiana, and upon information and belief, represents:

1

1.  On 16 March 2010, Plaintiff filed suit in Civil District Court for the Parish of Orleans, State of Louisiana, alleging that on or about 19 March 2009 Herman Bustamante sustained personal injuries when he was walking on the gangway of the M/V LIVORNO EXPRESS as he was leaving the vessel.  See, Plaintiff's Petition for Damages (Exhibit A).

2.  Plaintiff alleges that the M/V LIVORNO EXPRESS was a vessel under the ownership and/or control of Defendant, Hapag-Lloyd (America) Inc.  He specifically alleges that Hapag-Lloyd (America), Inc. and the M/V LIVORNO EXPRESS were negligent in causing his alleged injuries.

3.  This Court has jurisdiction over this case pursuant to 28 U.S.C. §1332 because Plaintiff is a resident of the State of Louisiana and Defendant, Hapag-Lloyd (America) Inc., is a foreign corporation, incorporated in the State of Delaware, with its principal place of business in the State of New Jersey.  Therefore, this case is removable under 28 U.S.C. §1441.

4.  In paragraphs 6 and 8 of the Petition, Plaintiff alleges that he fell to the ground and was struck by the gangway causing him bodily injuries.  Plaintiff seeks damages for past, present and future physical pain and suffering; past, present and future mental pain, suffering and anguish; past, present and future medical expenses; past lost wages; loss of future earning capacity; loss of fringe benefits; disfigurement and disability; loss of enjoyment of life; and other

unspecified damages, which upon information and belief, exceed the sum of $75,000, exclusive of interest and costs. Additionally, Plaintiff did not include a general allegation in his Petition, as required by La. C.C.P. Art. 893, that his claim was less than the requisite amount required for federal court jurisdiction in order to establish the lack of federal court jurisdiction due to insufficiency of damages.

5. Pursuant to the provisions of 28 U.S.C. §1441, this action is one which may be removed to the United States District Court for the Eastern District of Louisiana.

6. Plaintiff's state court action was filed on 16 March 2010, and Defendant was served through its registered agent for service of process on 26 March 2010 (Exhibit B) and, therefore, this removal is timely under 28 U.S.C. §1446(b).

7. Written notice of the filing of this Notice of Removal is being delivered to Plaintiff through his counsel of record, and a copy of this Notice of Removal will be filed with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana.

8. A copy of all pleadings filed in the state court suit, including the Petition for Damages, is attached hereto.

**WHEREFORE,** Defendant, Hapag-Lloyd (America) Inc., notices the removal of the above-described state court action to this Court.

        Respectfully submitted,

        MURPHY, ROGERS, SLOSS & GAMBEL

        /s/  Robert H. Murphy
        Robert H. Murphy (#9850)
        rmurphy@mrsnola.com
        Timothy D. DePaula (#31699)
        tdepaula@mrsnola.com
        701 Poydras Street, Suite 400
        New Orleans, Louisiana  70139
        Telephone:  (504) 523-0400
        Facsimile:  (504) 523-5574
        Attorneys for Defendant Hapag-Lloyd
        (America) Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have on this __15th__ day of April 2010, served a copy of the foregoing pleading on counsel for all parties to this proceeding, either by hand, by email, by telefax or by placing same in the United States Mail, properly addressed, and first class postage prepaid.

        /s/  Robert H. Murphy

150/4063