CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

SUIT NO. 10-2537                                   DIVISION " B-15 "

HERMAN BUSTAMANTE

vs.

HAPAG-LLOYD (AMERICA) INC., LIVORNO EXPRESS, XYZ INSURANCE COMPANY AND EFG INSURANCE COMPANY

FILED: _____    _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Herman Bustamante, a person of the full age of majority, and resident of Jefferson Parish Louisiana, who respectfully files this Petition for Damages, as follows:

1.

Petitioner herein brings suit pursuant where applicable to the law of Admiralty codified at 28 U.S.C. § 1333 (1) and the Admiralty Extension Act, 46 U.S.C. § 30101, General Maritime Laws, United States Statutes and the applicable State law. Further, plaintiff designates this case as a Maritime claim pursuant to Rules 9(h) and 38(e) of the Federal Rules of Civil Procedure.

2.

Made defendants herein are:

HAPAG-LLOYD (AMERICA) INC., a foreign corporation authorized to do and doing business in the State of Louisiana;

LIVORNO EXPRESS, an international vessel operating under the ownership and/or control of HAPAG-LLOYD (AMERICA) INC. and authorized to do and doing business in the State of Louisiana.

XYZ INSURANCE COMPANY, an unknown insurance company insuring HAPAG-LLOYD (AMERICA) INC.. for the damages herein;

EFG INSURANCE COMPANY, an unknown insurance company insuring the LIVORNO EXPRESS, for the damages herein;

3.

At all times pertinent herein, HAPAG-LLOYD (AMERICA) INC. was the owner and operator of the LIVORNO EXPRESS and the aforementioned vessel and appurtenances were being operated by an employee of HAPAG-LLOYD (AMERICA) INC. and/or the LIVORNO EXPRESS at the time of the petitioner's injuries on or about March 19, 2009.

EXHIBIT A

4.

Due to the fact that the injury occurred within Orleans Parish of Louisiana and the defendants were doing business therein at the time of the accident, Venue is proper in the Civil District Court for the Parish of Orleans.

5.

On or about March 19, 2009, plaintiff, HERMAN BUSTAMANTE was a guest/passenger of the vessel LIVORNO EXPRESS docked upon navigable waterways at the Nashville Avenue Wharf.

6.

As the plaintiff was leaving the vessel on the vessel's gangway, its specified manner of egress, an agent, servant, or employee of the vessel and/or HAPAG-LLOYD (AMERICA) INC. jerked the gangway proximately causing the plaintiff to fall to the ground experiencing injuries. Further the gangway struck the plaintiff, again after his falling causing more injuries.

7.

It is alleged upon information and belief that the above described incident was caused solely by the negligence of defendants, HAPAG-LLOYD (AMERICA) INC. and the LIVORNO EXPRESS, through their agents, servants and employees, which are more particularly described as follows: NEGLIGENCE OF HAPAG-LLOYD (AMERICA) INC. AND THE LIVORNO EXPRESS:

a. Failing to provide a competent crew.

b. Failing to properly supervise its employees.

c. Failing to properly train employees.

d. Failing to provide plaintiff with a safe manner of egress,

e. Allowing plaintiff to exit the ship under unsafe conditions.

f. Other acts of negligence which will be shown more fully at trial.

8.

As a result of the above-described negligence plaintiff, HERMAN BUSTAMANTE, sustained the following damages:

a. Past, present and future physical pain and suffering;

b. Past, present and future mental pain, suffering and anguish;

c. Past, present and future medical expenses;

d. Past lost wages;

e. Loss of future earning capacity;

f. Loss of fringe benefits;

g. Disfigurement and disability;

h. Loss of enjoyment of life; and,

i. Other damages which shall be proven at trial.

WHEREFORE, petitioner, HERMAN BUSTAMANTE, respectfully prays that defendants, HAPAG-LLOYD (AMERICA) INC., LIVORNO VESSEL EXPRESS, XYZ INSURANCE COMPANY and EFG INSURANCE COMPANY be served with a copy of this petition and be duly cited to appear and timely answer, and that, after all legal delays and due proceedings be had, there be judgment herein in favor of petitioners for all damages reasonable under the premises, and for penalties, and damages pursuant to the Admiralty and General Maritime Laws of the United States, and the applicable State Law, together with legal interest and for all costs of these proceedings; and further, for all general and equitable relief which the court deems necessary and proper under the circumstances.

Respectfully submitted,

GAUTHIER, HOUGHTALING & WILLIAMS

_____
EARL G. PERRY, JR., BAR # 10523
3500 N. Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624
ATTORNEY FOR PLAINTIFF

PLEASE SERVE:

HAPAG-LLOYD (AMERICA) INC.
Through its Registered Agent:
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

LIVORNO EXPRESS
Through HAPAG-LLOYD (AMERICA) INC.
Through its Registered Agent:
C T Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA  70808

PLEASE HOLD SERVICE:

XYZ Insurance Company
EFG Insurance Company

A TRUE COPY
*[signature]*
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ATTORNEY'S NAME: Perry Jr, Earl  10523
AND ADDRESS: 3500 NORTH HULLEN ST.
METAIRIE  LA 70002

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:  2010 -- 02537    1                                           SECTION: 15 -- B

BUSTAMANTE, HERMAN VERSUS HAPAG-LLOYD (AMERICA) INC.  ET AL

## CITATION

TO: HAPAG-LLOYD (AMERICA) INC.
THROUGH: ITS REGISTERED AGENT: C T CORPORATION SYSTEM
5615 CORPORATE BLVD.
SUITE 400B
BATON ROUGE                    LA   70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

*********************************************************************************
*                          ADDITIONAL INFORMATION                                *
* Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529 - 1000 for more information.                                       *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE                          *
*********************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    March 22, 2010

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
                Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On HAPAG-LLOYD (AMERICA) INC. | On HAPAG-LLOYD (AMERICA) INC. |
| THROUGH: ITS REGISTERED AGENT: C T CORPORATION SYSTEM | THROUGH: ITS REGISTERED AGENT: C T CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ HAPAG-LLOYD (AMERICA) INC. |
| Returned same day _____ No. Deputy Sheriff of _____ Mileage: $_____ | being absent from the domicile at time of said service. Returned same day _____ No. Deputy Sheriff of _____ |
| _____/ ENTERED /_____ PAPER     RETURN _____/_____/_____ SERIAL NO.  DEPUTY  PARISH | |